MOONEY *vs.* CORCORAN.

APPEAL FROM THE COURT OF THE THIRD DISTRICT, FOR THE PARISH OF
EAST BATON ROUGE, THE JUDGE THEREOF PRESIDING.

The amount of a judgment having been paid, the defendant therein took
an appeal and had it reversed: *Held*, that he should recover back the
sum paid, on showing these facts.

This is an action to recover back the sum of three hundred
and twenty dollars, which the plaintiff alleges he paid to the
defendant as the amount of a judgment and costs, which the
latter had obtained against him in the District Court, but
which was afterwards reversed on a devolutive appeal.

There was a plea admitting the judgment, but denying
that it was ever paid by the plaintiff, as he alleges.

The plaintiff made out his case by proof, and had judg-
ment, from which the defendant appealed.

*Avery* and *Fowler*, for the plaintiff.

*T. G. Morgan*, contra.

*Bullard, J.*, delivered the opinion of the court.

This case turns altogether on questions of fact. The
plaintiff sued to recover back a sum of three hundred and
twenty dollars, which he had paid under a judgment ren-
dered against him by the District Court, and which was
afterwards reversed on appeal. The defendant's plea that
there was a compromise by which the plaintiff obtained a
release of that much of the judgment, and that, in fact, he
did not pay the whole amount, appears to us as it did to the
court below, not sustained by the evidence.

The judgment of the District Court is, therefore, affirmed
with costs.